NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CRAIG SHAWN CUMMINGS,                )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D18-1526
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

Craig Shawn Cummings, pro se.

PER CURIAM.

        Affirmed.  See Curtis v. State, 685 So. 2d 1234 (Fla. 1996); Miller v. State,

460 So. 2d 373 (Fla. 1984); Cummings v. State, 978 So. 2d 165 (Fla. 2d DCA 2008)

(table decision); Goutier v. State, 692 So. 2d 978 (Fla. 2d DCA 1997); State v. Gray,

633 So. 2d 105 (Fla. 2d DCA 1994); Shelton v. Singletary, 727 So. 2d 310 (Fla. 3d DCA

1999); Stubbs v. State, 673 So. 2d 964 (Fla. 1st DCA 1996).


SILBERMAN, VILLANTI, and CRENSHAW, JJ., Concur.